THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
UNUMPROVIDENT CORPORATION
&UNUM LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL M. WEST, D.O., ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. C06-4517 SI<br><br>**STIPULATION OF THE PARTIES CONTINUING THE OCTOBER 27, 2006 CASE MANAGEMENT CONFERENCE** |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C06-4517 SI

1  Defendants in this matter, UnumProvident Corporation and Unum Life Insurance Company
2  of America ("defendants"), currently have on calendar a motion to dismiss that is set for hearing on
3  January 5, 2007 at 9:00 a.m. The parties to this action, defendants and plaintiff Randal M. West,
4  D.O. ("plaintiff") (collectively "the parties"), agree that a Case Management Conference will be
5  more effective and productive if held after the motion to dismiss is heard and decided by the Court.

6  Accordingly, the parties hereby stipulate that the Case Management Conference in this matter
7  can be moved to Friday, January 19, 2007. The parties anticipate that this will provide the time
8  necessary to evaluate the Court's ruling on a motion to dismiss and have a productive Case
9  Management Conference.

10  Therefore, defendants, through their counsel Sean P. Nalty of Kelly, Herlihy & Klein, and
11  plaintiff, through his counsel Kelly Cowan of Bourhis & Associates, hereby stipulate that the Case
12  Management Conference in this matter can be continued to Friday, January 19, 2007.

13  IT IS SO STIPULATED

BOURHIS & ASSOCIATES

Date: October 30, 2006    By: _____
                              Kelly Cowan
                              Attorneys for Plaintiff
                              RANDALL WEST

KELLY, HERLIHY & KLEIN, LLP

Date: October 30, 2006    By: _____
                              Sean P. Nalty
                              Attorneys for Defendants
                              UNUMPROVIDENT CORPORATION & UNUM
                              LIFE INSURANCE COMPANY OF AMERICA

### ORDER

Based on the stipulation of the parties, the Court hereby Orders that the Case Management Conference in this matter will be held on Friday, January 19, 2007 at 2:00 p.m.

IT IS SO ORDERED

Date: _____, 2006    _____
                          UNITED STATES DISTRICT JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C06-4517 SI