IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL M. WEST, D.O., | No. C 06-04517 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| UNUMPROVIDENT CORPORATION, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

MOTION RE: STATUTE OF LIMITATIONS & OF CHOICE OF LAW ISSUES: <u>4/13/07 @ 9:00 A.M.</u> (File 3/9/07, opposition 3/23/07, reply 3/30/07)

FURTHER CASE MANAGEMENT: <u>April 13, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>10/26/07</u>.

DESIGNATION OF EXPERTS: <u>9/7/07</u>; REBUTTAL: <u>9/24/07</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>10/26/07</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 2, 2007</u>;

Opp. Due <u>November 16, 2007</u>; Reply Due <u>November 26, 2007</u>;

and set for hearing no later than <u>December 7, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 4, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 17, 2008</u> at <u>8:30 AM</u>.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation during the month of May 2007. The parties shall inform the Court of the mediator and date of the session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge