THOMAS M. HERLIHY (SBN 83615)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
UNUMPROVIDENT CORPORATION
&UNUM LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL M. WEST, D.O., ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> UNUMPROVIDENT CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, inclusive, <br><br> Defendant. | CASE NO. C06-4517 SI <br><br> **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

1  Plaintiff Randal M. West, D.O. ("plaintiff") and defendants UnumProvident Corporation and
2  Unum Life Insurance Company of America ("defendants") (collectively "the parties") have reached a
3  resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice,
4  pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.
5  The parties seek the Court's approval of dismissal of this action with prejudice through the
6  order listed *infra*.
7  IT IS SO STIPULATED

BOURHIS & MANN

Date: July 17, 2007           By _____
                                  Lawrence Mann
                                  Attorneys for Plaintiff
                                  RANDALL WEST

KELLY, HERLIHY & KLEIN, LLP

Date: August 1, 2007          By _____
                                  Thomas M. Herlihy
                                  Attorneys for Defendants
                                  UNUMPROVIDENT CORPORATION
                                  & UNUM LIFE INSURANCE
                                  COMPANY OF AMERICA

## ORDER

It is hereby ordered that this matter is dismissed, with prejudice and in its entirety, as to all parties and as to all claims for relief.

**IT IS SO ORDERED**

Date: 08/02, 2007            _____
                                  Susan Illston
                                  District Judge

E:\26204\P29

---

STIPULATION AND ORDER OF DISMISSAL
CASE NO. C06-4517 SI