THOMAS M. HERLIHY (SBN 83615)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
UNUMPROVIDENT CORPORATION
&UNUM LIFE INSURANCE COMPANY
OF AMERICA

E-filing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RANDALL M. WEST, D.O., ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

UNUMPROVIDENT CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, inclusive,

Defendant.

CASE NO. C06-4517 SI

**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff Randal M. West, D.O. ("plaintiff") and defendants UnumProvident Corporation and Unum Life Insurance Company of America ("defendants") (collectively "the parties") have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra.*

IT IS SO STIPULATED

BOURHIS & MANN

Date: July 17, 2007

By [signature]
Lawrence Mann
Attorneys for Plaintiff
RANDALL WEST

KELLY, HERLIHY & KLEIN, LLP

Date: ~~July~~ August 1, 2007

By [signature] for TMH
Thomas M. Herlihy
Attorneys for Defendants
UNUMPROVIDENT CORPORATION
& UNUM LIFE INSURANCE
COMPANY OF AMERICA

**ORDER**

It is hereby ordered that this matter is dismissed, with prejudice and in its entirety, as to all parties and as to all claims for relief.

**IT IS SO ORDERED**

Date: 8/3, 2007

[signature]
The Honorable Susan Illston
United States District Judge

E:\26204\P29